## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     02/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Northern Pacific Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1530890** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **870 Napa Valley Corporate Way Suite R Napa, CA 94558-6266** Number, Street, City, State & ZIP Code | **P.O. Box 1795 Sonoma, CA 95476** P.O. Box, Number, Street, City, State & ZIP Code |
| **Napa** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL) _____

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     2362

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| Debtor | **Meeks Capital Corporation** | Relationship | **Common Capital Structure** |
|---|---|---|---|
| District | **CAND BK Santa Rosa Division** | When **1/25/20** | Case number, if known **20-10049** |

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 2 of 94

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.   Insurance agency _____
  Contact name _____
  Phone _____

---

### ▊ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☑ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☑ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 4 of 94

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 23, 2020**
MM / DD / YYYY

**X /s/ Bradley Koeberer**                           **Bradley Koeberer**
Signature of authorized representative of debtor     Printed name

Title   **President/CEO**

**18. Signature of attorney**

**X /s/ Thomas P. Kelly III**                 Date   **February 23, 2020**
Signature of attorney for debtor                     MM / DD / YYYY

**Thomas P. Kelly III 230699**
Printed name

**Law Offices of Thomas P. Kelly III**
Firm name

**P.O. Box 1405**
**Santa Rosa, CA 95402-1405**
Number, Street, City, State & ZIP Code

Contact phone   **707-545-8700**        Email address   **tomkelly@sonic.net**

**230699 CA**
Bar number and State

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 5 of 94

**Fill in this information to identify the case:**

Debtor name    **Northern Pacific Corporation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 23, 2020**    X **/s/ Bradley Koeberer**
_____     Signature of individual signing on behalf of debtor

                          **Bradley Koeberer**
                          Printed name

                          **President/CEO**
                          Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................   $       **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................   $       **2,159,137.51**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................   $       **2,159,137.51**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $       **7,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $       **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$       **15,302,452.71**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b     $       **15,309,452.71**

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 7 of 94

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** (Identify all) | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **North Bay Credit Union - opened December 2019** | Checking | 0931 | $26,620.84 |
| 3.2. **Exchange bank corporate account - account is overdrawn by -$7.92** | Checking | 7133 | $0.00 |
| 4. **Other cash equivalents** (Identify all) | | | |
| 4.1. **Settlement funds from the Marin County Superior Court case of Similie Construction Service Inc. vs. Velocity Prime Automotive Inc. bearing case number CIV-170945. Funds are subject to an attorney's lien for fees owed to Aaron Hancock as counsel for Debtor.** | | | $34,000.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $60,620.84 |
|---|---|

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 8 of 94

Description, including name of holder of deposit
_____

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

       Description, including name of prepayment
       8.1.  _____     _____
_____

9.     **Total of Part 2.**                                          ┌─────────────────┐
       Add lines 7 through 8. Copy the total to line 81.             │_____│
                                                                     └─────────────────┘

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 2,553.00 | - | 0.00 | = .... | $2,553.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Caymus Builders LLC**

| 11a. 90 days old or less: | 1,914.75 | - | 0.00 | = .... | $1,914.75 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Cemco Construction**

| 11a. 90 days old or less: | 209,736.07 | - | 0.00 | = .... | $209,736.07 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Civic Pleasant Hill, LLC**

| 11a. 90 days old or less: | 42,146.78 | - | 0.00 | = .... | $42,146.78 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. D.L. Falk Construction Inc.**

| 11a. 90 days old or less: | 8,669.00 | - | 0.00 | = .... | $8,669.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. DeNova Homes Inc.**

| 11a. 90 days old or less: | 24,206.70 | - | 0.00 | = .... | $24,206.70 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. DCK California Construction**

| 11a. 90 days old or less: | 692,182.74 | - | 0.00 | = .... | $692,182.74 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Midstate Construction Corp**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| 11a. 90 days old or less: | 4,399.40 | - | 0.00 | = .... | $4,399.40 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Millie and Severson, Inc.**

| 11a. 90 days old or less: | 233,704.37 | - | 0.00 | = .... | $233,704.37 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Precision GCC, Inc.**

| 11a. 90 days old or less: | 64,197.50 | - | 0.00 | = .... | $64,197.50 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Ryan Parlett**

| 11a. 90 days old or less: | 53,730.97 | - | 0.00 | = .... | $53,730.97 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Simile Construction Service**

| 11a. 90 days old or less: | 1,156.00 | - | 0.00 | = .... | $1,156.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. The Reliant Group**

| 11a. 90 days old or less: | 1,491.38 | - | 0.00 | = .... | $1,491.38 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. The RMCI Group**

| 11a. 90 days old or less: | 41,308.01 | - | 0.00 | = .... | $41,308.01 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Non-bonded account receiveable held as retention funds. Collectable status unknown due to bond claims. Valli Construction Inc.**

| 11b. Over 90 days old | 709,620.00 | - | 354,810.00 | =.... | $354,810.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Buyout loan of William Anderson by Bradley Koeberer for $1.2M in March of 2018. Offset against capital loans to business in name of Nancy Koeberer.**

| 11b. Over 90 days old | 709,620.00 | - | 354,810.00 | =.... | $354,810.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Buyout loan of William Anderson by Bryan Koeberer for $1.2M in March of 2018. Offset against capital loans to business in name of Nancy Koeberer.**

| 11b. Over 90 days old | 254,709.16 | - | 254,709.16 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Bonded account receiveable - City of Calistoga - likely uncollectable due to bond claims.**

| 11b. Over 90 days old | 1,081,489.26 | - | 1,081,489.26 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Bonded account receiveable - City of Davis - likely uncollectable due to bond claims.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 10 of 94

| 11b. Over 90 days old: | 66,848.35 | - | 66,848.35 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| | | | **Bonded account receiveable - City of Folsom - likely uncollectable due to bond claims.** | | |

| 11b. Over 90 days old: | 34,028.14 | - | 34,028.14 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| | | | **Bonded account receiveable - City of Healdsburg - likely uncollectable due to bond claims.** | | |

| 11b. Over 90 days old: | 468,041.94 | - | 468,041.94 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| | | | **Bonded account receiveable - City of Napa - likely uncollectable due to bond claims.** | | |

| 11b. Over 90 days old: | 373,871.43 | - | 373,871.43 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| | | | **Bonded account receiveable - City of Rio Vista - likely uncollectable due to bond claims.** | | |

| 11b. Over 90 days old: | 242,627.00 | - | 242,627.00 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| | | | **Bonded account receiveable - City of Santa Rosa - likely uncollectable due to bond claims.** | | |

| 11b. Over 90 days old: | 65,797.82 | - | 65,797.82 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| | | | **Bonded account receiveable - City of Santa Rosa - likely uncollectable due to bond claims.** | | |

| 11b. Over 90 days old: | 577,922.92 | - | 577,922.92 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| | | | **Bonded account receiveable - Town of Corte Madera - likely uncollectable due to bond claims.** | | |

| 11b. Over 90 days old: | 7,500.00 | - | 0.00 | =.... | $7,500.00 |
| | face amount | | doubtful or uncollectible accounts | | |
| | **Promissory Note from Jeremy Symes** | | | | |

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $2,098,516.67 |

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14.**     **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1.  _____     _____     _____

**15.**     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Name of entity:                                    % of ownership

15.1.  _____    _____  %    _____    _____

---

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1.  _____    _____    _____

---

17.     **Total of Part 4.**
        Add lines 14 through 16.  Copy the total to line 83.                    ┌─────────────────┐
                                                                               │ _____ │
                                                                               └─────────────────┘

**Part 5:**     Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | _____ | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | _____ | _____ | _____ | _____ |

23.     **Total of Part 5.**
        Add lines 19 through 22.  Copy the total to line 84.                   ┌─────────────────┐
                                                                               │ _____ │
                                                                               └─────────────────┘

24.     **Is any of the property listed in Part 5 perishable?**
        ☐ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☐ No
        ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ☐ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28.   **Crops-either planted or harvested** | | | |
| 29.   **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.   **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.   **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.   **Other farming and fishing-related property not already listed in Part 6** | | | |

33.   **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.       _____

34.   **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☐ No. Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

48.1.    _____    _____    _____    _____

49.    **Aircraft and accessories**

49.1..    _____    _____    _____    _____

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____    _____    _____

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.    _____

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.<br>_____ | _____ | _____ | _____ | _____ |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.    _____

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

�too No.  Go to Part 12.

☐ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____       _____ - _____ =     _____

Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____     _____

73. **Interests in insurance policies or annuities**

_____               _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim**    _____

**Amount requested**    _____     _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**    _____

**Amount requested**    _____     _____

76. **Trusts, equitable or future interests in property**

_____               _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____               _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|

80. **Cash, cash equivalents, and financial assets.**
    *Copy line 5, Part 1*                                          **$60,620.84**

81. **Deposits and prepayments.** *Copy line 9, Part 2.*          $0.00

82. **Accounts receivable.** *Copy line 12, Part 3.*             **$2,098,516.67**

83. **Investments.** *Copy line 17, Part 4.*                      $0.00

84. **Inventory.**  *Copy line 23, Part 5.*                       $0.00

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*   $0.00

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.*                                       $0.00

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*   $0.00

88. **Real property.** *Copy line 56, Part 9.*.....................................................................>              $0.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*   $0.00

90. **All other assets.** *Copy line 78, Part 11.*             +   $0.00

91. **Total.** Add lines 80 through 90 for each column           **$2,159,137.51**    + 91b.              $0.00

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                            **$2,159,137.51**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Northern Pacific Corporation**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Aaron Hancock**<br>Creditor's Name<br><br>**Bishop & Barry**<br>**6001 Shellmound Street**<br>**Suite 875**<br>**Emeryville, CA 94608-1957**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Settlement funds from the Marin County Superior Court case of Similie Construction Service Inc. vs. Velocity Prime Automotive Inc. bearing case number CIV-170945. Funds are subject to an attorney's lien for fees owed to Aaron Hancock as cou**<br><br>**Describe the lien**<br>**Attorney's lien on settlement funds.**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$7,000.00** | **$34,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $7,000.00 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 20 of 94

**Fill in this information to identify the case:**

Debtor name **Northern Pacific Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A.B. Wilson Equipment**<br>**Attention : Bankruptcy**<br>**c/o Daryl J. Reese Esq.**<br>**1400 North Dutton Avenue, Suite 21**<br>**Santa Rosa, CA 95401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Equipment repair services__<br>Is the claim subject to offset? ■ No ☐ Yes | $6,687.26 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Aaction Rentals**<br>**Attention : Bankruptcy**<br>**10510 Old Redwood Highway**<br>**Windsor, CA 95492**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Equipment rentals__<br>Is the claim subject to offset? ■ No ☐ Yes | $10,957.93 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Aaron Hancock**<br>**Bishop & Barry**<br>**6001 Shellmound Street**<br>**Suite 875**<br>**Emeryville, CA 94608-1957**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Legal Services__<br>Is the claim subject to offset? ■ No ☐ Yes | $10,000.00 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**ABEL JUAREZ**<br>**Attention : Bankruptcy**<br>**931 DEL RIO DRIVE APT A**<br>**Hollister, CA 95023**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __- Notice Only - Former Employee__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    41784                    Best Case Bankruptcy

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ACH Total Receipts**
**Attention : Bankruptcy**
**c/o Corporation Service Company**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703-4261**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UCC Financing Statement__
__Document Number: 78656350002__
__Filing Number: 19-7712013485__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADS Group**
**Attention : Bankruptcy**
**P.O. Box 15270**
**Irvine, CA 92623-5270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UCC Financing statement__
__Document Number: 60814370002__
__Filing Number: 17-7580735346__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Advance Resources**
**Attention : Bankruptcy**
**P.O. Box 15270**
**Irvine, CA 92623-5270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UCC Financing statement__
__Document Number: 57357720002__
__Filing Number: 16-7547522473__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Affordable Site Model, Inc.**
**Attention : Bankruptcy**
**2167 Shaw Avenue**
**Suite 115-PMB #205**
**Clovis, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Earthwork Take-off__
__Project: Windsor Veterans Village__
__Project: Marriott Courtyard - Petaluma__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Afirm**
**Attention : Bankruptcy**
**3528 Precision Drive, Suite 200**
**Fort Collins, CO 80528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Insurance premiums__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALFREDO  MERINO**
 **1015 ASTON AVE APT A**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __- Notice Only - Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 22 of 94

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALI MAHBOUBI**
**300 GRAPEVINE PLACE**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,524.00 |
|---|---|---|---|

**American Asphalt R&R Co., Inc.**
**Attention : Bankruptcy**
**PO Box 3367**
**Hayward, CA 94540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.44 |
|---|---|---|---|

**Anthem Blue Cross**
**Attention : Bankruptcy - Automatic Stay**
**c/o Rawlings Financial Services LLC**
**P .0. Box 2020**
**La Grange, KY 40031-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Healthcare insurance premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.00 |
|---|---|---|---|

**AT&T 001**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4036**

Basis for the claim: **Telephone service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,000.00 |
|---|---|---|---|

**Balboa Capital Corporation**
**Attention : Bankruptcy**
**c/o Michelle Chiongson, Esq.**
**575 Anton Boulevard, 12th Floor**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending litigation in the Orange County Superior Court case of Balboa Capital vs. vs. NPC bearing case number 30-2019-01094141. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BASIL MAITA**
**Attention : Bankruptcy**
**444 HENRY STREET**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BENITO GARCIA DE JESUS**
**PO BOX 141**
**Windsor, CA 95492-0141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 23 of 94

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BERNARDINO PENALOZA**
**Attention : Bankruptcy**
**4664 E BELGRAVIA AVENUE**
**Fresno, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,936.20 |
|---|---|---|---|

**Bert Williams & Sons Inc.**
**Attention : Bankruptcy**
**525 Northbay Drive**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vehicle repair services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,232.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**c/o Raffi Khatchadourian**
**Hemar, Rousso & Heald, LLP**
**15910 Ventura Boulevard, 12th floor**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Pending litigation in the Napa County Superior Court Case of BMO Harris Bank vs. Meeks bearing case number 19-CV-001418. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344,252.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**Attention : Bankruptcy**
**300 East John Carpenter Freeway**
**Suite 504**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Commerical loans secured by vehicles and equipment used by Northern Pacific Corporation as part of capital structure for business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**Attention : Bankruptcy**
**300 East John Carpenter Freeway**
**Suite 504**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement Document Number: 69958660002 Filing Number: 18-7647974134**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**Attention : Bankruptcy**
**300 East John Carpenter Freeway**
**Suite 504**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement Document Number: 70976860002 Filing Number: 18-7654583895**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 24 of 94

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**Attention : Bankruptcy**
**300 East John Carpenter Freeway**
**Suite 504**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement**
**Document Number: 70314840002**
**Filing Number: 18-7650301930**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,677.78 |
|---|---|---|---|

**Bodean Company, Inc.**
**Attention : Bankruptcy**
**1060 North Dutton Avenue**
**Santa Rosa, CA 95401-5011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BOGARD ALFONSO  GARCIA ARROYO**
 **154 BUTTERFLY LN   APT 337**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223,324.60 |
|---|---|---|---|

**Botanica Landscapes**
**Attention : Bankruptcy**
**P.O. Box 569**
**Yuba City, CA 95992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354,810.00 |
|---|---|---|---|

**Bradley Koeberer**
**Attention : Bankruptcy**
**P.O. Box 1795**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Capital loan dated April 15, 2018 in the original**
**amount of $450,000**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,000.00 |
|---|---|---|---|

**Bruce Tucker Construction**
**c/o Karen M. Baytosh, Esq.**
**50 West Liberty, Suite 1030**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Pending litigation in the Napa Superior Court case of**
**Bruce Tucker Construction vs. NPC bearing case number**
**17-CV-000421. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 25 of 94

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,000.00 |
|---|---|---|---|

**Bruce Tucker Construction**
c/o Karen M. Baytosh, Esq.
50 West Liberty, Suite 1030
Reno, NV 89501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Pending litigation in the Napa Superior Court case of Bruce Tucker Construction vs. NPC bearing case number 18-CV-000317. See SOFA #7.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BRYAN B KOEBERER**
299 BENTLEY COURT
Martinez, CA 94553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** - Notice Only - Former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**California Air Resources Board**
Attention : Bankruptcy
P.O. Box 2815
Sacramento, CA 95812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Possible emissions violations

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400,000.00 |
|---|---|---|---|

**California Bank of Commerce**
Attention : Bankruptcy
3595 Mount Diablo Boulevard
Suite 220
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Commerical loans subject on ongoing litigation.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Bank of Commerce**
Attention : Bankruptcy
3595 Mount Diablo Boulevard
Suite 220
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** UCC Financing Statement
Document Number: 68149650002
Filing Number: 18-7635190222

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Bank of Commerce**
Attention : Bankruptcy
3595 Mount Diablo Boulevard
Suite 220
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** UCC Financing Statement
Document Number: 64924310002
Filing Number: 17-7613097940

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 26 of 94

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC Financing Statement__
__Document Number: 62414970002__
__Filing Number: 17-7594107697__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC Financing Statement__
__Document Number: 61263390002__
__Filing Number: 17-7584589468__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,658,160.00 |
|---|---|---|---|

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Pending litigation in the Contra Costa County__
__Superior Court case of California Bank of Commerce vs. NPC bearing__
__case number  MSC-19-01604. See SOFA #7.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,904.38 |
|---|---|---|---|

**California Choice**
**Attention : Bankruptcy**
**721 S. Parker, Suite 200**
**Orange, CA 92868**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**California Contractors**
**Attention : Bankruptcy**
**9848 Business Park Drive**
**Suite H**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Possible claims against bond No. 460954-11__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,761.31 |
|---|---|---|---|

**Capital One**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 60599**
**City of Industry, CA 91716-0599**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Line of Credit__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Capital One**
**Attention : Bankruptcy - Automatic Stay**
**C/O TSYS Debt Management**
**P.O. Box 5155**
**Norcross, GA 30091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**CARL F SMITH**
**2414 W COLLEGE AVE**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00

**Caterpillar Financial Services Corp**
**c/o Mark David Poniatowski, Esq.**
**Poniatowski Leding Parikh PC**
**20980 Redwood Road, Suite 200**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation in the Napa Superior Court case of Caterpillar vs. Meeks bearing case number 19-CV-001510. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Caterpillar Financial Services Corp**
**Attention : Bankruptcy**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UCC Financing statement**
**Document Number: 69061180002**
**Filing Number: 18-7641708719**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Caterpillar Financial Services Corp**
**Attention : Bankruptcy**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UCC Financing statement**
**Document Number: 68793120002**
**Filing Number: 18-7639860957**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Caterpillar Financial Services Corp**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UCC Financing statement**
**Document Number: 73737850002**
**Filing Number: 18-7674101419**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$445,999.00** |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Commerical loans secured by vehicles and equipment used by Northern Pacific Corporation as part of capital structure for business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC financing statement Document Number: 58965030002 Filing Number: 16-7563617193**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC financing statement Document Number: 42728590002 Filing Number: 14-7409327188**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC financing statement Document Number: 70505290002 Filing Number: 18-7651621663**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC financing statement Document Number: 58945770002 Filing Number: 16-7563358771**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC financing statement Document Number: 69797340002 Filing Number: 18-7646663059**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 29 of 94

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __UCC financing statement__<br>__Document Number: 70394750002__<br>__Filing Number: 18-7650939816__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __UCC financing statement__<br>__Document Number: 69061210002__<br>__Filing Number: 18-7641709083__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __UCC financing statement__<br>__Document Number: 70394600002__<br>__Filing Number: 18-7650938300__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __UCC financing statement__<br>__Document Number: 70394530002__<br>__Filing Number: 18-7650937531__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __UCC financing statement__<br>__Document Number: 70394540002__<br>__Filing Number: 18-7650937773__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: __UCC financing statement__<br>__Document Number: 70393800002__<br>__Filing Number: 18-7650935630__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-10133  Doc# 1  Filed: 02/26/20  Entered: 02/26/20 22:35:30  Page 30 of 94

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caymus Builders LLC**
**Attention : Bankruptcy**
**300 Derek Place**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ - Notice Only_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cemco Construction**
**Attention : Bankruptcy**
**11291 Pyrites Way**
**Suite A**
**Rancho Cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ - Notice Only_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,190.73 |
|---|---|---|---|

**Center Avenue Properties**
**Attention : Bankruptcy**
**c/o De Lay & Laredo**
**606 Forest Avenue**
**Pacific Grove, CA 93950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Back rent for office space_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $878.31 |
|---|---|---|---|

**Central Valley Builders**
**Attention : Bankruptcy**
**P.O. Box 5749**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES E PHILLIPS**
** PO BOX 618**
**El Verano, CA 95433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ - Notice Only - Former Employee_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES GIRTEN**
**Attention : Bankruptcy**
**636 RELIANT WAY**
**American Canyon, CA 94503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ - Notice Only - Former Employee_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,117.97 |
|---|---|---|---|

**Chase Bank**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Line of Credit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 20-10133     Doc# 1     Filed: 02/26/20     Entered: 02/26/20 22:35:30     Page 31 of 94

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chase Bank**
**Attention : Bankruptcy - Automatic Stay**
**201 North Walnut Street**
**DE1-1027**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chase Bank**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 15153**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.00 |
|---|---|---|---|

**CheckRite Backflow Services**
**Attention : Bankruptcy**
**3618 Chanate Road**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,095.28 |
|---|---|---|---|

**Choice Builder**
**Attention : Bankruptcy**
**721 S. Parker, Suite 200**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTIAN ALVAREZ**
**Attention : Bankruptcy**
**138 GOREL CT**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Citibank**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 6500**
**Sioux Falls, SD 57117-6500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Citibank**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 6286**
**Sioux Falls, SD 57117-6285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 32 of 94

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$248,446.53** |
|---|---|---|---|

**City of Calistoga**
**Attention : Bankruptcy**
**c/o Michelle Marchetta Kenyon, Esq.**
**1901 Harrison Street, Suite 900**
**Oakland, CA 94612-3501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending litigation in the Napa Superior Court case of Calistoga vs. NPC bearing case number 19-CV-001269. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Davis**
**Attention : Bankruptcy**
**Dept. of Publich Works - Engineering**
**1717 Fifth Street**
**Davis, CA 95616**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential labor code violations for Cannery Grade Separated Crossing Project, CIP 8288**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Folsom**
**Attention : Bankruptcy**
**50 Natoma Street**
**Folsom, CA 95630**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Healdsburg**
**Attention : Bankruptcy**
**401 Grove Street**
**Healdsburg, CA 95448**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$438.66** |
|---|---|---|---|

**City of Napa**
**Attention : Bankruptcy**
**PO Box 660**
**Napa, CA 94559**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Napa - Dept. of Public Works**
**Attention : Bankruptcy**
**P.O. Box 660**
**Napa, CA 94559-0660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending project of Trower Ave Rehabilitation - Project ST19P'v'l6**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Rio Vista**
**Attention : Bankruptcy**
**1 Main Street**
**Rio Vista, CA 94571**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,210.67 |
|---|---|---|---|

**City of Santa Rosa**
**Attention : Bankruptcy - Automatic Stay**
**90 Santa Rosa Avenue**
**Santa Rosa, CA 95402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **License fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Civic Pleasant Hill, LLC**
**Attention : Bankruptcy**
**1500 Willow Pass Court**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CLEMENTE M MORANCHEL**
**699 GRAVENSTEIN HWY  APT 4**
**Sebastopol, CA 95472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNH Industrial Capital America LLC**
**Attention : Bankruptcy**
**500 Diller Avenue**
**New Holland, PA 17557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement**
**Document Number: 55146450002**
**Filing Number: 16-7525609455**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNH Industrial Capital America LLC**
**Attention : Bankruptcy**
**500 Diller Avenue**
**New Holland, PA 17557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement**
**Document Number: 83310460002**
**Filing Number: 19-77442382**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNH Industrial Capital America LLC**
**Attention : Bankruptcy**
**500 Diller Avenue**
**New Holland, PA 17557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement**
**Document Number: 55146440002**
**Filing Number: 16-7525609334**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 34 of 94

Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNH Industrial Capital America LLC**
Attention : Bankruptcy
500 Diller Avenue
New Holland, PA 17557

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC Financing Statement__
__Document Number: 83312510002__
__Filing Number: 19-77442502__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNH Industrial Capital America LLC**
Attention : Bankruptcy
100 Brubaker Avenue
New Holland, PA 17557

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC Financing Statement__
__Document Number: 46087560002__
__Filing Number: 14-7439161359__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CNH Industrial Capital America LLC**
Attention : Bankruptcy
100 Brubaker Avenue
New Holland, PA 17557

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC Financing Statement__
__Document Number: 83208980002__
__Filing Number: 19-77435256__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.23 |
|---|---|---|---|

**Complete Welders Supply, Inc.**
Attention : Bankruptcy
PO Box 2516
Napa, CA 94558

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Continental Commerical Group**
Attention : Bankruptcy
317 South Brand Boulevard
Glendale, CA 91204-1701

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Possible claims against bond No. 460954 as arising__
__from Northern Pacific Corporation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Service Company**
Attention : Bankruptcy
P.O. Box 2576
Springfield, IL 62708

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC Financing statement__
__Document Number: 42938970002__
__Filing Number: 14-7411202496__

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 35 of 94

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Service Company**
**Attention : Bankruptcy**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC Financing statement__
__Document Number: 61559030002__
__Filing Number: 17-75873204__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Service Company**
**Attention : Bankruptcy**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __UCC Financing statement__
__Document Number: 61559040002__
__Filing Number: 17-75873205__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.00 |
|---|---|---|---|

**County Asphalt**
**Attention : Bankruptcy**
**5501 Imhoff Drive**
**Martinez, CA 94553-4391**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Asphalt and surfacing services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**County of Napa**
**Attention : Bankruptcy**
**1195 Third Street**
**Suite 310**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __- Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**County of Napa**
**Attention : Bankruptcy**
**1195 Third Street**
**Suite 101**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __- Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,342.91 |
|---|---|---|---|

**Credit Consulting Services INC.**
**Attention : Bankruptcy**
**201 John Street**
**Suite E**
**Salinas, CA 93901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __- Collections Agency and/or Attorney for Brothers__
__Smith LLP__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 36 of 94

| | |
|---|---|
| Name | |

---

**3.99**   Nonpriority creditor's name and mailing address

**Credit Mediators Inc.**
**Attention : Bankruptcy**
**P.O. Box 456**
**Upper Darby, PA 19082**

Date(s) debt was incurred  _

Last 4 digits of account number  **6204**

As of the petition filing date, the claim is: *Check all that apply.*    **$3,070.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Collections Agency and/or Attorney for M&M Sanitary LLC**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.100**   Nonpriority creditor's name and mailing address

**Creditors Adjustment Bureau**
**Attention : Bankruptcy**
**P.O. Box 5932**
**Sherman Oaks, CA 91413**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$881.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Collections Agency and/or Attorney for Choice Administrators**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.101**   Nonpriority creditor's name and mailing address

**Cresco Equipment Rentals**
**Attention : Bankruptcy**
**318 Stealth Court**
**Livermore, CA 94551**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$77,898.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rental services**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.102**   Nonpriority creditor's name and mailing address

**CSAA Insurance Exchange**
**Attention : Bankruptcy**
**P.O. Box 24523**
**Oakland, CA 94623-1523**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Claim No. 1003-36-3431**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.103**   Nonpriority creditor's name and mailing address

**CST Co.**
**Attention : Bankruptcy**
**P.O. Box 33127**
**Louisville, KY 40232-3127**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,566.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Collections Agency and/or Attorney for Dodge Data & Analytics LLC**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.104**   Nonpriority creditor's name and mailing address

**CYNTHIA D ORME**
**188 SAUTERNE CIRCLE**
**Yountville, CA 94599**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Notice Only - Former Employee**

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.105**   Nonpriority creditor's name and mailing address

**D.L. Falk Construction Inc.**
**Attention : Bankruptcy**
**3526 Investment Boulevard**
**Hayward, CA 94545**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Notice Only**

Is the claim subject to offset? ☑ No   ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 37 of 94

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANE SMITH**
**Attention : Bankruptcy**
**1225 FOWLER CREEK RD**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** - Notice Only - Former Employee

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL BAKER**
**Attention : Bankruptcy**
**1200 ESSEX DRIVE**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** - Notice Only - Former Employee

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL C PALMER**
**207 GROVE STREET**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** - Notice Only - Former Employee

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,526.09 |
|---|---|---|---|

**Daniel Moraru**
**Attention : Bankruptcy**
**1971 Olmo Way**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DANIEL P JOHNSON**
**511 CHAUCER LANE**
**American Canyon, CA 94503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** - Notice Only - Former Employee

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Zappa**
**Attention : Bankruptcy**
**1817 FIELDSTONE LN**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** - Notice Only - Former Employee

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DCK California Construction**
**Attention : Bankruptcy**
**Six PPG Place**
**Suite 700**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** - Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 38 of 94

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**3.113** **Nonpriority creditor's name and mailing address**
**Dell Financial Services L.L.C.**
**Attention : Bankruptcy**
**Mail Stop-PS2DF-23**
**One Dell Way**
**Pointe A La Hache, LA 70082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC Financing statement for lease of computer equipment.**
**Document Number: 61062570002**
**FILING NUMBER: 17-7582911940**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**
**DeNova Homes Inc.**
**Attention : Bankruptcy**
**1500 Willow Pass Court**
**Concord, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**
**DERICK ROGERS**
**Attention : Bankruptcy**
**5629 WALERGA RD**
**Sacramento, CA 95842**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** **Nonpriority creditor's name and mailing address**
**Devlin Rd Transfer Station**
**Attention : Bankruptcy**
**1195 3rd St., Ste 108**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$2,062.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** **Nonpriority creditor's name and mailing address**
**DeWitt Tire Recycle & Auto Repair**
**Attention : Bankruptcy**
**P.O. Box 1651**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$3,659.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tire repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**
**DIRK ROGERS**
**Attention : Bankruptcy**
**8820 GILARD RD**
**Newcastle, CA 95658**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**
**DONALD R GRAFE**
**2926 ERIC CT**
**Santa Rosa, CA 95405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 39 of 94

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,325.00** |
| --- | --- | --- | --- |

**Double M Trucking**
**Attention : Bankruptcy**
**c/o Daniel S. Stouder, Esq.**
**555 Capitol Mall, Suite 1500**
**Sacramento, CA 95814-4603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Pending litigation in the Yolo County Superior Court case of Double M Trucking vs. NPC bearing case number CV-19-1299 . See SOFA #7.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**DOUGLAS J WELLER**
**1245 MARTHA WAY**
**Santa Rosa, CA 95405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.43** |
| --- | --- | --- | --- |

**Draftech Blueprinting, Inc.**
**Attention : Bankruptcy**
**1544 Terrace Way**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**DREW T SILVA**
**520 STERN DRIVE**
**Dixon, CA 95620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$183,283.39** |
| --- | --- | --- | --- |

**Dutra Materials**
**Attention : Bankruptcy**
**2350 Kerner Boulevard, Suite 200**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Material sales**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**DYLAN SMITH**
**Attention : Bankruptcy**
**4400 FAIRWAY DRIVE**
**Rohnert Park, CA 94928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$182.51** |
| --- | --- | --- | --- |

**Dyna Systems**
**Attention : Bankruptcy**
**P.O. Box 655326**
**Dallas, TX 75265-5326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Equipment purchases**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 40 of 94

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EBERARDO ALMANZA**
**Attention : Bankruptcy**
**3550 VILLA LANE  APT 101**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  - Notice Only - Former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Economy Bonds**
**Attention : Bankruptcy**
**P.O. Box 276165**
**Sacramento, CA 95827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Poential bond claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EDDIE DURAN**
**Attention : Bankruptcy**
**121000 COLUMBET AVENUE**
**San Martin, CA 95046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  - Notice Only - Former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EFRAIN LOPEZ RUBIO**
**Attention : Bankruptcy**
**4722 AUTUMN MEADOW**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  - Notice Only - Former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ERIK GALVAN**
**Attention : Bankruptcy**
**710 CATALINA CIRCLE**
**Vallejo, CA 94589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  - Notice Only - Former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,045.00 |
|---|---|---|---|

**F3 & Associates, Inc**
**Attention : Bankrutpcy**
**701 East H Street**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unpaid subcontractor invoices

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.99 |
|---|---|---|---|

**FedEx**
**Attention : Bankruptcy - Automatic Stay**
**P.O.  Box 7221**
**Pasadena, CA 91109-7221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Shipping services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 41 of 94

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FELIPE ESPINOZA**
**Attention : Bankruptcy**
**525 E MISSION**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fernando Garcia**
**Attention : Bankruptcy**
**2844 APPLE VALLEY LN APT 2**
**Santa Rosa, CA 95403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,110,000.00 |
|---|---|---|---|

**Fidelity & Deposit Company of Maryland**
**c/o David C. Veis, Esq.**
**Robins Kaplan LLP**
**2049 Century Park East**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending litigation in the Contra Costa County Superior Court case of Fidelity vs. NPC bearing case number MSC-19-01119. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,106.69 |
|---|---|---|---|

**Flyers Energy**
**Attention : Bankruptcy**
**c/o Joshua Kirby Esq.**
**200 Auburn Folsom Road, Suite 305**
**Auburn, CA 95603-5046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid subcontractor invoices**

Last 4 digits of account number  **3644**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355,231.00 |
|---|---|---|---|

**Ford Motor Credit Company**
**Attention : Bankruptcy**
**1 American Road**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commerical loans secured by vehicles and equipment used by Northern Pacific Corporation as part of capital structure for business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ford Motor Credit Company**
**Attention : Bankruptcy**
**P.O. Box 680020**
**MD 10**
**Franklin, TN 37068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC Financing Statement Document Number: 69808840002 Filing Number: 18-7846920053**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 42 of 94

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|---|---|---|---|

**Freedlun Hydroseeding**
**Attention : Bankruptcy**
**518 Baywood Court**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grass & landscaping services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,145.00** |
|---|---|---|---|

**Friedmans Home Improvement**
**Attention : Bankruptcy**
**1385 N. McDowell Blvd. Ste. 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Materials & Equipment purchases**

Last 4 digits of account number  **2074**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$213,452.83** |
|---|---|---|---|

**Fringe Benefit Group, Inc.**
**Attention : Bankruptcy**
**11910 Anderson Mill  Rd**
**Austin, TX 78726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,834.66** |
|---|---|---|---|

**Fusion Sign and Design**
**Attention : Bankruptcy**
**680 Columbia Avenue**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sign purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00** |
|---|---|---|---|

**Gemini Insurance Company**
**Attention : Bankruptcy**
**721 East Madison Street**
**Suite 200**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid insruance premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**GENARO MARCOS**
**Attention : Bankruptcy**
**41 VERDE CIRCLE**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,670.00** |
|---|---|---|---|

**Gene Amato Masonry Inc.**
**Attention : Bankruptcy**
**c/o J, Michael Murphy, Esq.**
**2350 First Street**
**Napa, CA 94559-2239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending litigation in the Napa Superior Court case of Gene Amato Masonry vs. NPC bearing case number CIV-19-02807. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 43 of 94

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,310.00** |
|---|---|---|---|

**George Welcher**
c/o Tim O'Connor Esq.
9245 Laguna Springs Drive
Suite 200
Elk Grove, CA 95758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Pending litigation in the Sacramento County Superior Court case of Welcher vs. Meeks bearing case number 34-2019-00265368. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GERARDO  GARCIA CORIA**
 2735 DESERT ROSE LN
Santa Rosa, CA 95407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**GILBERTO MARTINEZ**
Attention : Bankruptcy
810 JENNINGS AVENUE  APT 214
Santa Rosa, CA 95401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HAROLD CLARK**
Attention : Bankruptcy
2418 EAST 8TH STREET
Davis, CA 95618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**HAROLD G KROG**
9020 CLARISSA DR
Orangevale, CA 95662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,427.51** |
|---|---|---|---|

**Harrison Concrete Cutting Inc**
Attention : Bankruptcy
33522 Co. Road 24
Woodland, CA 95695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,982.97** |
|---|---|---|---|

**HD Supply**
Attention : Bankruptcy
PO Box 6040
Cypress, CA 90630-0040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 44 of 94

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,802.50 |
|---|---|---|---|

**Heavy Equipment Transportation**
Attention : Bankruptcy
PO Box 552
Healdsburg, CA 95448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vehicle transportation services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,547.62 |
|---|---|---|---|

**Herc Rentals**
Attention : Bankruptcy
P.O. Box 936257
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Equipment rental services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HERMAN  MERCADO**
 703 SARATOGA DR APT 737
Napa, CA 94559

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  - Notice Only - Former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,263.32 |
|---|---|---|---|

**Hi-Way Safety, Inc.**
Attention : Bankruptcy
13310 5th Street
Chino, CA 91710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unpaid subcontractor invoices

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,405.27 |
|---|---|---|---|

**Holt of California**
Attention : Bankruptcy
c/o Mark D. Poniatowski, Esq.
20980 Redwood Road, Suite 200
Castro Valley, CA 94546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Pending litigation in the Yolo County Superior Court
case of Holt of California vs. NPC bearing case number
CVCV-2019-2507. See SOFA #7.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,389.97 |
|---|---|---|---|

**Home Depot Credit Services**
Attention : Bankruptcy - Automatic Stay
P.O. Box 790328
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  - Credit card purchases

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hudson Insurance Group**
Attention : Bankrtpcy
115 West California Boulevard #293
Pasadena, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential claims on bond No. 30002054 through
Northern Pacific Corporation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUGO SANCHEZ**
**Attention : Bankruptcy**
**70 GOLDEN GATE CIRCLE**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  - Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hunt & Sons Inc**
**Attention : Bankruptcy**
**P.O. Box 277670**
**Sacramento, CA 95829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UCC Financing Statement**
**Document Number: 51260290006**
**Filing Number: 15-7487665910**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hunt & Sons Inc**
**Attention : Bankruptcy**
**PO Box 277670**
**Sacramento, CA 95829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UCC Financing Statement**
**Document Number: 52351130002**
**Filing Number: 15-74988337**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HURLEY SIMPSON**
**Attention : Bankruptcy**
**837 INYO AVENUE**
**Modesto, CA 95358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  - Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 105410**
**Atlanta, GA 30348-5416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  - Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IRVING  ESPINOZA**
**2751 MOHAWK ST**
**Santa Rosa, CA 95403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  - Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ISAIAS CAMACHO NUNEZ**
**Attention : Bankruptcy**
**757 ROCKWELL PLACE**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  - Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 46 of 94

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isidro Infante-Medina**
**Attention : Bankruptcy**
**867 ASTON WY**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,092.00 |
|---|---|---|---|

**ISU Sander Jacobs Cassayre Insurance Ser**
**Attention : Bankruptcy**
**3200 Villa Lane**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid insurance premiums**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,637.35 |
|---|---|---|---|

**J S Cole Company**
**Attention : Bankruptcy**
**c/o Mail Center**
**9450 SW Gemini Dr #7790**
**Beaverton, OR 97008-7105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rental of heavy CAT equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,209.40 |
|---|---|---|---|

**J.A. Gonsalves & Son Construction**
**Attention : Bankruptcy**
**c/o Kate Warner, Esq.**
**1005 A Street, Suite 312**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending litigation in the Sonoma County Superior**
**Court case of J.A. Gonsalves vs. NPC bearing case number**
**SCV-264849. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACE ALLINGHAM**
**Attention : Bankruptcy**
**2626 WILD BILL WAY**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JASON MARKWICK**
**Attention : Bankruptcy**
**9157 FALCON CREEK CIRCLE**
**Elk Grove, CA 95624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,458.13 |
|---|---|---|---|

**Jensen Precast**
**Attention : Bankruptcy**
**825 Steneri Way**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 47 of 94

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jeremy Symes**
**Attention : Bankruptcy**
**463 Eagle Lane**
**Vacaville, CA 95687**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **- Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**JESSIE SANCHEZ**
**Attention : Bankruptcy**
**119 FARHAM DRIVE**
**Folsom, CA 95630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**JESUS ESTRADA**
**Attention : Bankruptcy**
**2052 WILKENS AVE  APT 35**
**Napa, CA 94559**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$22,899.81** |

**Jim-N-I Rentals Inc**
**Attention : Bankruptcy**
**380 Sutton Pl**
**Santa Rosa, CA 95407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**JOEL A MOLINA**
**170 BUENA VIDA CT**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**JOETTA S PITTMAN**
**479 ROBERT RD**
**Vacaville, CA 95687**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**JOHN M WITZLEBEN**
**5803 21ST AVENUE**
**Sacramento, CA 95820**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 48 of 94

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Johnston, Gremaux & Rossi, LLP**
**Attention : Bankruptcy**
**333 Civic Drive**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonathan M. Romvary**
**Attention : Bankruptcy**
**Freeman Mathis & Gary, LLP**
**1013 Galleria Boulevard, Suite 250**
**Roseville, CA 95678-1365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JORGE ACUNA**
**Attention : Bankruptcy**
**2508 MACMILLAN ST**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSE  ALVAREZ**
**138 GOREL CT**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSE CERVANTES**
**Attention : Bankruptcy**
**1200 ESSEX DRIVE**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**Josh Patterson**
**c/o Richard Donahoo, Esq.**
**Donahoo & Associates, PC**
**440 West First Street, Suite 101**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending litigation in the Napa Superior Court case of Patterson vs. NPC bearing case number 19-CV-001433. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOSHUA D PATTERSON**
**797 CLIFTON WAY**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 49 of 94

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JUAN J RIVERA CORONA**
**3410 MOORLAND AVENUE**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _- Notice Only - Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KELLY J THOMPSON**
**637 SHADY GLEN RD**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _- Notice Only - Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KELLY M KOEBERER**
**331 PERKINS ST**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _- Notice Only - Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KEVIN PIMIENTA  MARTINEZ**
**Attention : Bankruptcy**
**616 GRANDBERG CT**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _- Notice Only - Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $501.84 |
|---|---|---|---|

**Lake Parts, Inc.**
**Attention : Bankruptcy**
**2440 S. Main Street**
**Lakeport, CA 95453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,121.24 |
|---|---|---|---|

**Lanway Construction Co., Inc.**
**Attention : Bankruptcy**
**2777 Yulupa Avenue**
**Suite 166**
**Santa Rosa, CA 95406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $817.27 |
|---|---|---|---|

**Larsengines**
**Attention : Bankruptcy**
**979 Transport Way**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Mechanical services_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 50 of 94

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leodegario Rivera-Corona**
Attention : Bankruptcy
7447 BRIDGIT DRIVE
Rohnert Park, CA 94928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  - Notice Only - Former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,656.85 |
|---|---|---|---|

**Leonidou & Rosin**
Attention : Bankruptcy
777 Cuesta Drive, Suite 200
Mountain View, CA 94040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Legal services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lien Solutions**
Attention : Bankruptcy
P.O. Box 29071
Glendale, CA 91209-9071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  UCC Financing statement
Document Number: 81705180002
Filing Number: 19-7733567917

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,313.00 |
|---|---|---|---|

**M&M Services**
Attention : Bankruptcy
c/o Hans W. Herb, Esq.
P.O. Box 970
Santa Rosa, CA 95402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Pending litigation in the Sonoma County Superior Court case of M&M Services vs. NPC bearing case number MCV-250458. See SOFA #7.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,304.47 |
|---|---|---|---|

**M. Maselli & Sons Inc.**
Attention : Bankruptcy
519 Lakeville Street
Petaluma, CA 94952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Unpaid subcontractor invoices

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARK F CASAROTTI**
 562 RICHMOND DRIVE
Santa Rosa, CA 95401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  - Notice Only - Former Employee

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Material Transport**
7500 San Joaquin Street
Sacramento, CA 95820-2141

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Transport services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 51 of 94

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MAXWELL MARROW**
**Attention : Bankruptcy**
**1015 CAMINO RICARDO**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,243.00** |
|---|---|---|---|

**McCarthy, Burgess & Wolff**
**Attention : Bankruptcy - Automatic Stay**
**26000 Cannon Road**
**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **- Collections Agency and/or Attorney for Citibank**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190,000.00** |
|---|---|---|---|

**Meeks Capital Corporation**
**Attention : Bankruptcy**
**P.O. Box 1795**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Money owed by for unpaid leases of vehicles and equipment. All assets seized by creditors. See SOFA #5.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MICHAEL ANGLIN**
**Attention : Bankruptcy**
**1235 E 7TH    APT 10**
**Olympia, WA 98512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Midstate Construction Corp**
**Attention : Bankruptcy**
**1180 Holm Road**
**Suite A**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MIGUEL AGUAYO**
**Attention : Bankruptcy**
**343 CROSS STREET**
**Mendocino, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MIGUEL MARTINEZ GONZALEZ**
**Attention : Bankruptcy**
**918 NAPA STREET**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 52 of 94

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIGUEL MORALES**
**Attention : Bankruptcy**
**455 DIANA DRIVE**
**Vallejo, CA 94589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __- Notice Only - Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,865.25 |
|---|---|---|---|

**Mike Brown Electric Co.**
**Attention : Bankruptcy**
**561-A Mercentile Drive**
**Cotati, CA 94931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Millie and Severson, Inc.**
**Attention : Bankruptcy**
**3601 Serpentine Drive**
**Los Alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __- Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MITCHELL BUSSE**
**Attention : Bankruptcy**
**2607 CHILES POPE VALLEY RD**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __- Notice Only - Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,821.00 |
|---|---|---|---|

**Mobile Modular Management Corporation**
**Attention : Bankruptcy**
**5700 Las Positas Road**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid equipment rental invoices__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $720,732.00 |
|---|---|---|---|

**Nancy Koeberer**
**Attention : Bankruptcy**
**P.O. Box 1795**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Capital loan to corporation at different times with__
__aggregate value listed below.__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.53 |
|---|---|---|---|

**Napa Auto Parts**
**Attention : Bankruptcy**
**2440 South Main Street**
**Lakeport, CA 95453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Auto parts purchases__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 53 of 94

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,415.00** |
|---|---|---|---|

**National Association of Credit Mgt**
Attention : Bankruptcy
8000 Miller Court East
Norcross, GA 30071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **- Collections Agency and/or Attorney for Contech Engineered Solutions**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**National Claim Services**
Attention : Bankruptcy
P. O. Box 500698
Atlanta, GA 31150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Claim No. 46558 by PG&E**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Natomas Creek LLC/Commerce Station LLC**
Attention : Bankruptcy
2200 East Camelback Road
Suite 101
Phoenix, AZ 85016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **- Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,760.00** |
|---|---|---|---|

**Nitta Erosion Control**
Attention : Bankruptcy
3778 Del Mar Avenue
Loomis, CA 95650-9051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Unpaid subcontractor invoices**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,651.75** |
|---|---|---|---|

**Nixon-Egli Equipment Company**
Attention : Bankruptcy
800 East Grant Line Road
Tracy, CA 95304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Equipment rentals**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,661.11** |
|---|---|---|---|

**Nor-Cal Concrete Inc.**
Attention : Bankruptcy
c/o Gregory Plaskett
111 West C Street, Suite E

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Concrete services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159,165.00** |
|---|---|---|---|

**Nor-Cal Pipeline Services**
Attention : Bankruptcy
1875 South River Rd.
West Sacramento, CA 95691

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 54 of 94

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Norcal Rental Group**
**Attention : Bankruptcy**
**c/o Michael T. Wayne, Esq.**
**149 South Barrington Ave., No. 143**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Pending litigation in the Napa County Superior Court case of Norcal Rental Group vs. NPC bearing case number 19-CV-001325. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,251.00** |
|---|---|---|---|

**Northern California Collection Service**
**Attention : Bankruptcy**
**c/o Steven Cribb, Esq.**
**700 Liesure Lane**
**Sacramento, CA 95815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Pending litigation in the Napa County Superior Court case of Northern California Collection Service vs. NPC bearing case number 19-CV-001454. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Northern Pacific Corporation**
**Attention : Bankruptcy**
**870 Napa Valley Corporate Way**
**Suite R**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **UCC Financing Statement Document Number: 70192870002 Filing Number: 18-76495164**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Northern Pacific Corporation**
**Attention : Bankruptcy**
**870 Napa Valley Corporate Way**
**Suite R**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **UCC Financing Statement Document Number: 70192890002 Filing Number: 18-76495166**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Northern Pacific Corporation**
**Attention : Bankruptcy**
**870 Napa Valley Corporate Way**
**Suite R**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **UCC Financing Statement Document Number: 70192850002 Filing Number: 18-76495162**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Northern Pacific Corporation**
**Attention : Bankruptcy**
**870 Napa Valley Corporate Way**
**Suite R**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **UCC Financing Statement Document Number: 70192810002 Filing Number: 18-76495158**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 55 of 94

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.82 |
|---|---|---|---|

**Oilwell Materials & Hardware Inc.**
Attention : Bankruptcy
P.O. BOX 815
Rio Vista, CA 94571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Cement purchase__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,869.23 |
|---|---|---|---|

**Oldcastle Precast Inc.**
Attention : Bankruptcy
PO Box 742387
Los Angeles, CA 90074-2387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,137.69 |
|---|---|---|---|

**P Fleet**
Attention : Bankruptcy
6390 Greenwich Dr. Suite 200
San Diego, CA 92122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Fuel services__

Last 4 digits of account number __2358__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264,858.28 |
|---|---|---|---|

**Pace Supply Corp.**
Attention : Bankruptcy
c/o William W. Hatcher Jr. Esq.
114 Peirce Street
Santa Rosa, CA 95404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Pending litigation in the Sonoma County Superior Court case of Pace Supply Group vs. NPC bearing case number SCV-264605. See SOFA #7.__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.17 |
|---|---|---|---|

**Pacific Gas & Electric 001**
Attention : Bankruptcy - Automatic Stay
P.O. Box 8329
Stockton, CA 95208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Electrical power service__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,384.14 |
|---|---|---|---|

**Pacific Highway Rentals**
Attention : Bankruptcy
2415 San Ramon Valley Blvd #4412
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equipment rental charges__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,384.14 |
|---|---|---|---|

**Pacific Highway Rentals LLC**
Attention : Bankruptcy
c/o James G. Schwartz, Esq.
7901 Stoneridge Drive, Suite 401
Pleasanton, CA 94588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Pending litigation in the Napa County Superior Court case of Pacific Highway Rentals LLC vs. NPC bearing case number 20-CV-000018. See SOFA #7.__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 56 of 94

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,589.75** |
|---|---|---|---|

**Pacific Northwest Oil**
**Attention : Bankruptcy**
**P.O. Box 6930**
**Stockton, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **fuel service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,751.00** |
|---|---|---|---|

**Pacific Sanitation**
**Attention : Bankruptcy**
**590 Caletti Avenue**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Sanitation services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,446.86** |
|---|---|---|---|

**Pape Machinery**
**Attention : Bankruptcy**
**PO Box 35144 #5077**
**Seattle, WA 98124-5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Parts and equipment purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$290,552.69** |
|---|---|---|---|

**Pavement Recycling Systems**
**Attention : Bankruptcy**
**c/o Robert A. Weissman, Esq.**
**2660 Townsgate Road, Suite 350**
**Westlake Village, CA 91361-2714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Pending litigation in the Napa County Superior Court case of Pavement Recycling Systems vs. NPC bearing case number CIV-1902154. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$156.00** |
|---|---|---|---|

**Payroll Masters**
**Attention : Bankruptcy**
**855 Bordeaux Way**
**Suite 170**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Payroll services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Peterson Tractor Company**
**Attention : Bankruptcy**
**P.O. Box 5258**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement Document Number: 67858660002 Filing Number: 18-7633239527**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poniatowski Leding Parikh PC**
Attention : Bankruptcy
20980 Redwood Road
Suite 200
Castro Valley, CA 94546

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UCC Financing Statement
Document Number: 83041010003
Filing Number: 19-77424282

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poniatowski Leding Parikh PC**
Attention : Bankruptcy
20980 Redwood Road
Suite 200
Castro Valley, CA 94546

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UCC Financing Statement
Document Number: 83041010002
Filing Number: 19-77424281

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Precision GCC, Inc.**
Attention : Bankruptcy
300 Turney Street, 2nd Floor
Sausalito, CA 94965

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  - Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prestige Services Inc.**
Attention : Bankruptcy
21214 Schofield Drive
Gretna, NE 68028

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  - Collections Agency and/or Attorney

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,699.00 |
|---|---|---|---|

**Professional Tree Care Company**
Attention : Bankruptcy
2828 8th Street
Berkeley, CA 94710

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid subcontractor invoices

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,844.18 |
|---|---|---|---|

**Quinlan's Tire Service, Inc.**
Attention : Bankruptcy
166 Watson Lane
American Canyon, CA 94503

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Tire services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,984.60 |
|---|---|---|---|

**R & B Company**
Attention : Bankruptcy
650 Commercial Street
San Jose, CA 95112

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid subcontractor invoices

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 58 of 94

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,249.00 |

**R&S Erection of Vallejo, Inc.**
**Attention : Bankruptcy**
**401 Mississippi Street**
**Vallejo, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending litigation in the Napa Small Claims case of R&S Eredion of Vallejo, Inc. vs. NPC bearing case number 19-SC-000220. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RAMON  REYES PEREZ**
**2420 EDGEWATER DR APT 23**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RANDELL J GROSWIRD**
**1608 VALLEJO STREET**
**Albion, CA 95410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RANDOLPH HODSON**
**Attention : Bankruptcy**
**3951 LAKE ROAD**
**West Sacramento, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only - Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RDO Equipment Co.**
**Attention : Bankruptcy**
**700 7th Street South**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC Financing Statement**
**Document Number: 72108500002**
**Filing Number: 18-7662478403**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RDO Equipment Co.**
**Attention : Bankruptcy**
**700 7th Street South**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC Financing Statement**
**Document Number: 81728360002**
**Filing Number: 19-77337834**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 59 of 94

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,321.32 |
|---|---|---|---|

**Reliant Funding**
**Attention : Bankruptcy**
**525 Broadhollow Road**
**Suite 200**
**Melville, NY 11747**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Line of Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205,667.08 |
|---|---|---|---|

**Retaining Walls Company**
**Attention : Bankruptcy**
**P.O. Box 502908**
**San Diego, CA 92150**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RMCI Group**
**Attention : Bankruptcy**
**731 Hwy 101**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __- Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT HAMILTON**
**Attention : Bankruptcy**
**6 BLACKWOOD CT**
**Napa, CA 94558**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __- Notice Only - Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ROBERT POWERS**
**Attention : Bankruptcy**
**959 GOLF COURSE DR #102**
**Rohnert Park, CA 94928**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __- Notice Only - Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robins Kaplan LLP**
**Attention : Bankruptcy**
**2049 Century Park East**
**Suite 3400**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __- Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,209.19 |
|---|---|---|---|

**Roger J. Brothers Esq.**
**Attention : Bankruptcy**
**2033 North Main Street**
**Suite 720**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 60 of 94

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**3.263**

Nonpriority creditor's name and mailing address

Rory Briggs
Attention : Bankruptcy
c/o Richard E. Donahoo, Esq.
440 W. First Street, Suite 101
Tustin, CA 92780

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$50,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending litigation in the Napa County Superior Court case of Briggs vs. NPC bearing case number 19-CV-001673. See SOFA #7 - alleges wage claims and labor code violations.**

**County of Napa**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264**

Nonpriority creditor's name and mailing address

RORY BRIGGS
Attention : Bankruptcy
548 N STREET
Lincoln, CA 95648

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265**

Nonpriority creditor's name and mailing address

Roys Sewer Service
Attention : Bankruptcy
P.O. Box 763
Novato, CA 94948-0763

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$13,837.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sewer services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266**

Nonpriority creditor's name and mailing address

RUDY VALDEZ
Attention : Bankruptcy
9070 FREEMAN CT
Gilroy, CA 95020

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267**

Nonpriority creditor's name and mailing address

Ryan Parlett
Attention : Bankruptcy
19498 Franquelin Place
Sonoma, CA 95476

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268**

Nonpriority creditor's name and mailing address

Sanitary District No. 2 of Marin County
Attention : Bankrutpcy
233 Tamalpias Drive Suite 200
Corte Madera, CA 94925-1415

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **$500,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid subcontractor invoices and breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 61 of 94

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $488.11 |
|---|---|---|---|

**Shamrock Materials**
**Attention : Bankruptcy**
**PO Box 808044**
**Petaluma, CA 94975**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,182.00 |
|---|---|---|---|

**Sierra Truck and Van, Inc.**
**Attention : Bankruptcy**
**225 Lopes Road**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vehicle repair service__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Simile Construction Service**
**Attention : Bankruptcy**
**4725 Enterprise Way**
**Suite 1**
**Modesto, CA 95356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __- Notice Only__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,740.20 |
|---|---|---|---|

**Soiland Co., Inc.**
**Attention : Bankruptcy**
**7171 Stony Point Rd.**
**Cotati, CA 94931**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,539.90 |
|---|---|---|---|

**St. Francis Electric LLC**
**Attention : Bankruptcy**
**975 Carden Street**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**State of California**
**Attention : Bankruptcy**
**Franchise Tax Board**
**P.O. Box 419001**
**Rancho Cordova, CA 95741-9001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __- Notice Only__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,444.00 |
|---|---|---|---|

**State of California**
**Attention : Bankruptcy - Automatic Stay**
**Department of Motor Vehicles**
**P.O. Box 932342   MS-L224**
**Sacramento, CA 94294-0894**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vehicle registration fees and taxes__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,000.00 |
|---|---|---|---|

**State of California Labor Commissioner**
Attention : Bankruptcy
2031 Howe Avenue
Suite 100
Sacramento, CA 95826

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending litigation before the State of California Labor Commissione bearing case number 40-66620137. See SOFA #7. Alleges Civil Wage and Penalty Assessment for Labor Code violations**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stearns Bank NA**
Attention : Bankruptcy
500 13th Street
Albany, MN 56307

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC financing statement for 2005 Hitachi ZX200LC Excavator SN: ARH310004; Document Number: 43271200002 Filing Number: 14-7413982221**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stearns Bank NA**
Attention : Bankruptcy
500 13th Street
Albany, MN 56307

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC Financing Statement Document Number: 49551230002 Filing Number: 15-7470914462**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stearns Bank NA**
Attention : Bankruptcy
500 13th Street
Albany, MN 56307

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC Financing Statement Document Number: 82825690002 Filing Number: 19-77415253**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**STEPHANIE STANLEY**
Attention : Bankruptcy
827 CRESTED DRIVE
Suisun City, CA 94585

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Notice Only - Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,230.66 |
|---|---|---|---|

**Stuart-Lippman & Associates**
Attention : Bankruptcy
5447 East 5th Street
Suite 110
Tucson, AZ 85711-2345

Date(s) debt was incurred _

Last 4 digits of account number  **6304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **- Collections Agency and/or Attorney**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10133  Doc# 1  Filed: 02/26/20  Entered: 02/26/20 22:35:30  Page 63 of 94

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SureTec Insurance Company**
**Attention : Bankruptcy**
**PO. Box 5008**
**Woodland Hills, CA 91365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible claims against bond No. 460954 as arising from Northern Pacific Corporation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,296.20 |

**Syar Industries**
**Attention : Bankruptcy**
**c/o Paul Aherne, Esq.**
**455 Market Street, Suite 1870**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation in the Marin County Superior Court case of Syar Industries vs. NPC bearing case number CIV-1903051. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,231.91 |

**Syar Industries**
**Attention : Bankruptcy**
**c/o Paul Aherne, Esq.**
**455 Market Street, Suite 1870**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation in the Napa County Superior Court case of Syar Industries vs. NPC bearing case number 19-CV-001189. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,231.91 |

**Syar Industries**
**Attention : Bankruptcy**
**c/o Paul Aherne, Esq.**
**455 Market Street, Suite 1870**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation in the Solano County Superior Court case of Syar Industries vs. NPC bearing case number FCM-167272. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,291.24 |

**Syar Industries**
**Attention : Bankruptcy**
**c/o Paul Aherne, Esq.**
**455 Market Street, Suite 1870**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation in the Yolo County Superior Court case of Syar Industries vs. NPC bearing case number G-191665. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,710.00 |

**Taylor Heavy Haul LLC**
**Attention : Bankruptcy**
**9325 Viking Place**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation in the Napa Small Claims case of Taylor Heavy Haul vs. NPC bearing case number 19-SC-000258. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 64 of 94

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,143.75 |

**TBC Safety**
**Attention : Bankruptcy**
3963 Santa Rosa Ave.
Santa Rosa, CA 95407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,027.03 |

**Telfer Pavement Technologies**
**Attention : Bankruptcy**
P.O. Box 398323
San Francisco, CA 94139-8323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**The Reliant Group**
**Attention : Bankruptcy**
275 Battery Street
Suite 500
San Francisco, CA 94111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __- Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,247.00 |

**The Rental Place**
**Attention : Bankruptcy**
21500 8th Street East
Sonoma, CA 95476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equipment rentals__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**THOMAS NIVISON**
**Attention : Bankruptcy**
7400 FOX HILLS DRIVE
Citrus Heights, CA 95610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __- Notice Only - Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**THOMAS STEELE**
**Attention : Bankruptcy**
3180 IDA DRIVE
Concord, CA 94519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __- Notice Only - Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,000.00 |

**Toby's Trucking, Inc.**
**Attention : Bankruptcy**
c/o Stephen R. McCutcheon, ESQ.
2407 J Street, Second Floor
Sacramento, CA 95816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Pending litigation in the Marin County Superior Court case of Toby's Trucking, Inc., vs. NPC et. al.bearing case number CIV-19-04624. See SOFA #7.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 65 of 94

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tokio Marine HCC - Surety Group**
Attention : Bankruptcy
801 South Figueroa Street, Suite 700
Los Angeles, CA 90017

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential claims against bond number 100451128 arising from Northern Pacific Corporation**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Town of Corte Madera**
Attention : Bankruptcy
300 Tamalpais Drive
Corte Madera, CA 94925

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Notice Only**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,433.24 |
|---|---|---|---|

**Trench Plate Rental Co.**
Attention : Bankruptcy
13217 Laureldale Avenue
Downey, CA 90242

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rental services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ULYSSES  GALVAN**
710 CATALINA CIRCLE
Vallejo, CA 94589

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Notice Only - Former Employee**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,486.26 |
|---|---|---|---|

**United Rentals**
Attention : Bankruptcy
File 51122
Los Angeles, CA 90074-1122

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment rental services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,296.11 |
|---|---|---|---|

**United Site Services**
Attention : Bankruptcy
2929 West Navigator Drive Suite 200
Meridian, ID 83642

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid subcontractor invoices**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,604.49 |
|---|---|---|---|

**Valentine & Kebartas, LLC**
Attention : Bankruptcy
P.O. Box 325
Lawrence, MA 01842-0625

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Collections Agency and/or Attorney for dell Financial**

Is the claim subject to offset? ☐ No  ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 66 of 94

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,625.53 |
|---|---|---|---|

**Vallejo Glass Inc.**
Attention : Bankrutpcy
205 Couch Street
Vallejo, CA 94590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Glass delivery and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valli Construction Inc.**
Attention : Bankruptcy
600 Main Street
Suite C
Pleasanton, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  - Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,838.16 |
|---|---|---|---|

**Verizon**
Attention : Bankruptcy - Automatic Stay
500 Technology Drive
Suite 500
Weldon Spring, MO 63304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Cellular phone services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,907.50 |
|---|---|---|---|

**VERUX, Inc.**
Attention : Bankruptcy
2443 Fair Oaks Blvd
Suite 150
Sacramento, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317,311.98 |
|---|---|---|---|

**Viking Construction Company**
Attention : Bankruptcy
P.O. BOX 1508
Rancho Cordova, CA 95741-1508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Unpaid subcontractor invoices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317,311.98 |
|---|---|---|---|

**Viking Construction Company**
Attention : Bankruptcy
c/o William L. Baker Esq.
1050 Fulton Avenue, Suite 218
Sacramento, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Pending litigation in the Marin County Superior Court
case of Viking Construction vs. NPC bearing case number
CV-19-1332. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 67 of 94

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,807.55 |
|---|---|---|---|

**W. Bradley Electric Inc.**
Attention : Bankruptcy
90 Hill Road
Novato, CA 94945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Unpaid subcontractor invoices

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**WageWorks**
Attention : Bankruptcy
PO Box 14656
Lexington, KY 40512-4656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Insurance premiums

Last 4 digits of account number  4763

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,487.19 |
|---|---|---|---|

**Western Stabilization**
Attention : Bankruptcy
PO Box 1022
Dixon, CA 95620-1022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Anderson**
Attention : Bankruptcy
17233 Hillside Avenue
Sonoma, CA 95476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** UCC Financing statement
Document Number: 71199890002
Filing Number: 18-7656133919

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zurich North America Surety**
Attention : Bankruptcy
525 Market Street, Suite 2900
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Potential claims on Performance Bond No. 9296660
through Northern Pacific Corporation

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthem Blue Cross 002**<br>Attention : Bankruptcy - Automatic Stay<br>P.O. Box 60007<br>Los Angeles, CA 90060 | Line  3.13 <br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Anthem Blue Cross 003**<br>Attention : Bankruptcy - Automatic Stay<br>P.O. Box 659505<br>San Antonio, TX 78265 | Line  3.13 <br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **AT&T 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 5025**<br>**Carol Stream, IL 60197-5025** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **AT&T 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197-5014** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Benito Garcia**<br>**c/o Mark David Poniatowski, Esq.**<br>**Poniatowski Leding Parikh PC**<br>**20980 Redwood Rd Ste 200,**<br>**Castro Valley, CA 94546** | Line **3.187**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Bert Williams & Sons Inc.**<br>**c/o  Rodolfo Gaba Jr. Esq.**<br>**8583 Irvine Center Drive, Suite 500**<br>**Irvine, CA 92618** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **California Bank of Commerce**<br>**c/o Patricia Lyon, Esq.**<br>**French Lyon Tang**<br>**1990 North California Blvd. Ste 300**<br>**Walnut Creek, CA 94596** | Line **3.38**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Capital One 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**C/O American Infosource**<br>**P.O. Box 54529**<br>**Oklahoma City, OK 73154-4529** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Capital One 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**120 East Shore Drive**<br>**Glen Allen, VA 23059-5644** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Capital One 004**<br>**Attention : Bankruptcy - Automatic Stay**<br>**1680 Capital One Drive**<br>**Suite 1400**<br>**Mc Lean, VA 22102** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Capital One 005**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 85617**<br>**Richmond, VA 23285-5617** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Capital One 006**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 30258**<br>**Salt Lake City, UT 84130** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Capital One 007**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 105474**<br>**Atlanta, GA 30348-5474** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 69 of 94

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.14 **Capital One 008**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 30253**<br>**Salt Lake City, UT 84130** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Capital One 009**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Capital One 010**<br>**Attention : Bankruptcy - Automatic Stay**<br>**2730 Liberty Avenue**<br>**Pittsburgh, PA 15222** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Capital One 011**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 70886**<br>**Charlotte, NC 28272-9903** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Carl F. Smith**<br>**c/o Mark David Poniatowski, Esq.**<br>**Poniatowski Leding Parikh PC**<br>**20980 Redwood Rd Ste 200,**<br>**Castro Valley, CA 94546** | Line **3.187**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **Chase Bank - 004**<br>**Attention : Bankruptcy - Automatic Stay**<br>**270 Park Avenue**<br>**New York, NY 10017** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.20 **Chase Bank - 005**<br>**Attention : Bankruptcy - Automatic Stay**<br>**300 South Grand Avenue**<br>**4th Floor**<br>**Los Angeles, CA 90071** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.21 **Chase Bank - 006**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 15548**<br>**Wilmington, DE 19886-5548** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.22 **Chase Bank - 007**<br>**Attention : Bankruptcy - Automatic Stay**<br>**2500 Westfield Drive**<br>**Elgin, IL 60123** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.23 **Chase Bank - 008**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 24696**<br>**Columbus, OH 43224** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.24 **Chase Bank - 009**<br>**Attention : Bankruptcy - Automatic Stay**<br>**340 South Cleveland Avenue, Bldg 370**<br>**OH1-1188**<br>**Westerville, OH 43081** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.25 **Chase Bank - 010**<br>**Attention : Bankruptcy - Automatic Stay**<br>**800 Brooksedge Boulevard**<br>**Westerville, OH 43081-2822** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 70 of 94

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.26 | **Chase Bank - 011**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Attn: Correspondence Dept**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | Line __3.66__<br><br>☐  Not listed. Explain ____ | _ |
| 4.27 | **Chase Bank - 012**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 24696**<br>**Columbus, OH 43224** | Line __3.66__<br><br>☐  Not listed. Explain ____ | _ |
| 4.28 | **Chase Bank - 013**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Education Finance  DTC, IN1-0106**<br>**One East Ohio Street**<br>**Indianapolis, IN 46277** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.29 | **Chase Bank - 014**<br>**Attention : Bankruptcy - Automatic Stay**<br>**First USA Bank**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.30 | **Chase Bank - 015**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.31 | **Chase Bank - Education Finance 016**<br>**Attention : Bankruptcy - Automatic Stay**<br>**1 East Ohio Street**<br>**INI-0106**<br>**Indianapolis, IN 46277** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.32 | **Chase Bank - Home Finance 017**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 182349**<br>**Mail Code OH4-7133**<br>**Columbus, OH 43218-2349** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.33 | **Chase Bank - Home Finance 018**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 78420**<br>**Phoenix, AZ 85062-8420** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.34 | **Chase Bank - Home Finance 019**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 24696**<br>**Columbus, OH 43224-0696** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.35 | **Chase Bank - Home Finance 020**<br>**Attention : Bankruptcy - Automatic Stay**<br>**3415 Vision Drive**<br>**OH4-7354**<br>**Columbus, OH 43219** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |
| 4.36 | **Chase Bank - Home Finance 021**<br>**Attention : Bankruptcy - Automatic Stay**<br>**1820 East Sky Harbor Circle South**<br>**Phoenix, AZ 85034-9700** | Line __3.67__<br><br>☐  Not listed. Explain ____ | _ |

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 71 of 94

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.37 **Chase Bank - Home Finance 023**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 47020**<br>**Atlanta, GA 30362-7020** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.38 **Chase Bank - Home Finance 025**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 47607**<br>**Loss Drafts**<br>**Atlanta, GA 30362** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.39 **Chase Bank - Home Finance 027**<br>**Attention : Bankruptcy - Automatic Stay**<br>**3415 Vision Drive**<br>**Research Dept. G7-PP**<br>**Columbus, OH 43219** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.40 **Chase Bank - Student Loans 028**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 901079**<br>**Fort Worth, TX 76101-2079** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.41 **Chase Bank - Student Loans 029**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 7013**<br>**IN1-0103**<br>**Indianapolis, IN 46207** | Line **3.68**<br>☐ Not listed. Explain ____ | _ |
| 4.42 **Citibank 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 769004**<br>**San Antonio, TX 78245** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.43 **Citibank 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 70918**<br>**Charlotte, NC 28272** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.44 **Citibank 004**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.45 **Citibank 005**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 6275**<br>**Sioux Falls, SD 57117** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.46 **Citibank 007**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Shell/Citi**<br>**P.O. Box 6497**<br>**Sioux Falls, SD 57117** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.47 **Citibank 008**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 6406**<br>**Sioux Falls, SD 57117-6241** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.48 **Citibank 009**<br>**Attention : Bankruptcy - Automatic Stay**<br>**701 East 60th Street North**<br>**CCU Mail Code 2236**<br>**Sioux Falls, SD 57117** | Line **3.72**<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 **City of Calistoga**<br>**Attention : Bankruptcy**<br>**Public Works Department**<br>**414 Washington Street**<br>**Calistoga, CA 94515** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 **City of Davis**<br>**Attention : Bankruptcy**<br>**23 Russell Boulevard**<br>**Davis, CA 95616** | Line **3.75**<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 **City of Napa**<br>**Attention : Bankruptcy**<br>**1340 Clay Street**<br>**Napa, CA 94559** | Line **3.78**<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 **City of Santa Rosa**<br>**Attention : Bankruptcy**<br>**City of Santa Rosa**<br>**Santa Rosa, CA 95402** | Line **3.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 **Department of the Treasury**<br>**Attention : Bankruptcy - Automatic Stay**<br>**1500 Pennsylvania Avenue, NW** ☐<br>**Washington, DC 20220** | Line **3.165**<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 **Derick Rogers**<br>**c/o Mark David Poniatowski, Esq.**<br>**Poniatowski Leding Parikh PC**<br>**20980 Redwood Rd Ste 200,**<br>**Castro Valley, CA 94546** | Line **3.187**<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 **Home Depot Credit Services 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**100 Bicentennial Way**<br>**Santa Rosa, CA 95403** | Line **3.159**<br><br>☐ Not listed. Explain ____ | _ |
| 4.56 **Internal Revenue Service 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | Line **3.165**<br><br>☐ Not listed. Explain ____ | _ |
| 4.57 **Internal Revenue Service 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 24017**<br>**Fresno, CA 93776** | Line **3.165**<br><br>☐ Not listed. Explain ____ | _ |
| 4.58 **Internal Revenue Service 004**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 7317**<br>**Philadelphia, PA 19101-7317** | Line **3.165**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 73 of 94

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.59 **Internal Revenue Service 005** **Attention : Bankruptcy - Automatic Stay** **1301 Clay Street** **Mail Stop 1400S** **Oakland, CA 94612** | Line **3.165** ☐ Not listed. Explain ____ | _ |
| 4.60 **J S Cole Company** **320 Deer Island Lane** **Novato, CA 94945** | Line **3.170** ☐ Not listed. Explain ____ | _ |
| 4.61 **Meeks Capital Corporation** **c/o Timothy Hoffman, Esq.** **Chapter 7 Bankruptcy Trustee** **P.O. Box 1761** **Sebastopol, CA 95473** | Line **3.205** ☐ Not listed. Explain ____ | _ |
| 4.62 **Mitchell Busse** **c/o Mark David Poniatowski, Esq.** **Poniatowski Leding Parikh PC** **20980 Redwood Rd Ste 200,** **Castro Valley, CA 94546** | Line **3.187** ☐ Not listed. Explain ____ | _ |
| 4.63 **Pacific Gas & Electric 002** **Attention : Bankruptcy - Automatic Stay** **P.O. Box 997300** **Sacramento, CA 95899-7300** | Line **3.234** ☐ Not listed. Explain ____ | _ |
| 4.64 **Pacific Gas & Electric 003** **Attention : Bankruptcy - Automatic Stay** **111 Stony Circle** **Santa Rosa, CA 95401** | Line **3.234** ☐ Not listed. Explain ____ | _ |
| 4.65 **Pacific Highway Rentals** **c/o James G. Schwartz Esq.** **7901 Stoneridge Drive** **Suite 401** **Sonoma, CA 95476** | Line **3.235** ☐ Not listed. Explain ____ | _ |
| 4.66 **Professional Tree Care Company** **c/o Stephen M. Judson Esq.** **Ramsey Law Group** **3736 Mt. Diablo Boulevard. Suite 300** **Lafayette, CA 94549** | Line **3.247** ☐ Not listed. Explain ____ | _ |
| 4.67 **State of California 002** **Attention : Bankruptcy - Automatic Stay** **DCSS** **P.O. Box 419064** **Rancho Cordova, CA 95741-9064** | Line **3.274** ☐ Not listed. Explain ____ | _ |
| 4.68 **State of California 003** **Attention : Bankruptcy - Automatic Stay** **Board of Equalization** **P.O. Box 942879** **Sacramento, CA 94279** | Line **3.274** ☐ Not listed. Explain ____ | _ |
| 4.69 **State of California 004** **Attention : Bankruptcy - Automatic Stay** **Franchise Tax Board** **P.O. Box 942867** **Sacramento, CA 94267-0041** | Line **3.274** ☐ Not listed. Explain ____ | _ |

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 74 of 94

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.70 **State of California 005**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.71 **State of California 006**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Benefit Overpayment, Collections MIC 91**<br>**P.O. Box 826218**<br>**Sacramento, CA 94230-6218** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.72 **State of California 007**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Bankruptcy Section MS A340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.73 **State of California 009**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Employment Development Department**<br>**P.O. Box 826215**<br>**Sacramento, CA 94230-6215** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.74 **State of California 010**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Employment Development Department**<br>**P.O. Box 989061**<br>**West Sacramento, CA 95798** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.75 **State of California 011**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Employment Development Department**<br>**MIC 92#**<br>**Sacramento, CA 94280** | Line **3.274**<br><br>☐ Not listed. Explain ____ | _ |
| 4.76 **Syar Industries**<br>**P.O. Box 2540**<br>**Napa, CA 94558** | Line **3.286**<br><br>☐ Not listed. Explain ____ | _ |
| 4.77 **United Site Services**<br>**Attention : Bankruptcy**<br>**12601 West Explorer Drive**<br>**Boise, ID 83713** | Line **3.300**<br><br>☐ Not listed. Explain ____ | _ |
| 4.78 **Verizon 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 660108**<br>**Dallas, TX 75266-0108** | Line **3.304**<br><br>☐ Not listed. Explain ____ | _ |
| 4.79 **William Anderson**<br>**c/o Rodney N Vosguanian**<br>**28030 Dorothy Drive, Suite 304**<br>**Agoura Hills, CA 91301** | Line **3.311**<br><br>☐ Not listed. Explain ____ | _ |
| 4.80 **Zurich North America Surety**<br>**Attention : Bankruptcy**<br>**7045 College Boulevard**<br>**Leawood, KS 66211** | Line **3.312**<br><br>☐ Not listed. Explain ____ | _ |

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 75 of 94

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 15,302,452.71 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 15,302,452.71 |

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 76 of 94

**Fill in this information to identify the case:**

Debtor name    **Northern Pacific Corporation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 77 of 94

Debtor name **Northern Pacific Corporation**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bradley Koeberer** | **P.O. Box 1795**<br>**Sonoma, CA 95476** | **California Bank of Commerce** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |
| 2.2 | **Bradley Koeberer** | **P.O. Box 1795**<br>**Sonoma, CA 95476** | **Fidelity & Deposit Company of Maryland** | ☐ D _____<br>■ E/F __3.136__<br>☐ G _____ |
| 2.3 | **Bradley Koeberer** | **P.O. Box 1795**<br>**Sonoma, CA 95476** | **J.A. Gonsalves & Son Construction** | ☐ D _____<br>■ E/F __3.171__<br>☐ G _____ |
| 2.4 | **Bradley Koeberer** | **P.O. Box 1795**<br>**Sonoma, CA 95476** | **George Welcher** | ☐ D _____<br>■ E/F __3.147__<br>☐ G _____ |
| 2.5 | **Bryan Koeberer** | **P.O. Box 1795**<br>**Sonoma, CA 95476** | **California Bank of Commerce** | ☐ D _____<br>■ E/F __3.38__<br>☐ G _____ |

Case: 20-10133  Doc# 1  Filed: 02/26/20  Entered: 02/26/20 22:35:30  Page 78 of 94

| Debtor | Northern Pacific Corporation | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Bryan Koeberer** | P.O. Box 1795<br>Sonoma, CA 95476 | **Fidelity & Deposit Company of Maryland** | ☐ D _____<br>■ E/F ___3.136___<br>☐ G _____ |
| 2.7 | **Bryan Koeberer** | P.O. Box 1795<br>Sonoma, CA 95476 | **J.A. Gonsalves & Son Construction** | ☐ D _____<br>■ E/F ___3.171___<br>☐ G _____ |
| 2.8 | **Bryan Koeberer** | P.O. Box 1795<br>Sonoma, CA 95476 | **George Welcher** | ☐ D _____<br>■ E/F ___3.147___<br>☐ G _____ |
| 2.9 | **Meeks Capital Corporation** | Attention : Bankruptcy<br>P.O. Box 1795<br>Sonoma, CA 95476 | **BMO Harris Bank N.A.** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.10 | **Meeks Capital Corporation** | Attention : Bankruptcy<br>P.O. Box 1795<br>Sonoma, CA 95476 | **Caterpillar Financial Services Corp** | ☐ D _____<br>■ E/F ___3.44___<br>☐ G _____ |
| 2.11 | **Nancy Koeberer** | P.O. Box 1795<br>Sonoma, CA 95476 | **Balboa Capital Corporation** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.12 | **Nancy Koeberer** | P.O. Box 1795<br>Sonoma, CA 95476 | **California Bank of Commerce** | ☐ D _____<br>■ E/F ___3.38___<br>☐ G _____ |
| 2.13 | **Nancy Koeberer** | P.O. Box 1795<br>Sonoma, CA 95476 | **Fidelity & Deposit Company of Maryland** | ☐ D _____<br>■ E/F ___3.136___<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 79 of 94

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

2.14    **Nancy Koeberer**        P.O. Box 1795           **J.A. Gonsalves & Son**      ☐ D _____
                                  Sonoma, CA 95476        **Construction**              ■ E/F  __3.171__
                                                                                        ☐ G _____

2.15    **Nancy Koeberer**        P.O. Box 1795           **George Welcher**            ☐ D _____
                                  Sonoma, CA 95476                                      ■ E/F  __3.147__
                                                                                        ☐ G _____

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 80 of 94

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$4,871,567.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$6,233,455.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 81 of 94

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Corporation Attention : Bankruptcy - Automatic Stay P.O. Box 689007 Franklin, TN 37068-9007** | **2017 Ford F350 - repossessed by creditor** | **2019** | **$44,000.00** |
| **Ford Motor Corporation Attention : Bankruptcy - Automatic Stay P.O. Box 689007 Franklin, TN 37068-9007** | **2018 Ford F450 - repossessed by creditor** | **2019** | **$54,333.00** |
| **Caterpillar Financial Services Corporati 2120 West End Avenue Nashville, TN 37203** | **CAT 246D - repossessed by creditor** | **2019** | **$53,888.00** |
| **Caterpillar Financial Services Corporati 2120 West End Avenue Nashville, TN 37203** | **CAT 246D - repossessed by creditor** | **2019** | **$55,223.00** |
| **Caterpillar Financial Services Corporati 2120 West End Avenue Nashville, TN 37203** | **CAT 315FLCR - repossessed by creditor** | **2019** | **$232,000.00** |
| **Ford Motor Corporation Attention : Bankruptcy - Automatic Stay P.O. Box 689007 Franklin, TN 37068-9007** | **2018 Ford F750 - repossessed by creditor** | **2019** | **$91,760.00** |
| **BMO Harris Bank N.A. BMO Transportation Finance 300 E John Carpenter Fwy #504 Irving, TX 75062** | **2018 Peterbilt 567 Super 10 - repossessed by creditor** | **2019** | **$185,000.00** |
| **Ford Motor Corporation Attention : Bankruptcy - Automatic Stay P.O. Box 689007 Franklin, TN 37068-9007** | **2018 Ford F350 - repossessed by creditor** | **2019** | **$48,482.00** |

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 82 of 94

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Corporation**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 689007**<br>**Franklin, TN 37068-9007** | **2018 Ford F550 - repossessed by creditor** | **2019** | **$68,860.00** |
| **BMO Harris Bank N.A.**<br>**BMO Transportation Finance**<br>**300 E John Carpenter Fwy #504**<br>**Irving, TX 75062** | **2018 Peterbilt 567 Super 10 - repossessed by creditor** | **2019** | **$186,366.00** |
| **BMO Harris Bank N.A.**<br>**BMO Transportation Finance**<br>**300 E John Carpenter Fwy #504**<br>**Irving, TX 75062** | **2018 Peterbilt 567 Super 10 - repossessed by creditor** | **2019** | **$186,316.00** |
| **BMO Harris Bank N.A.**<br>**BMO Transportation Finance**<br>**300 E John Carpenter Fwy #504**<br>**Irving, TX 75062** | **2019 Peterbilt 389 Heavy Haul - repossessed by creditor** | **2019** | **$186,555.00** |
| **Caterpillar Financial Services Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 315FLCR - repossessed by creditor** | **2019** | **$223,445.00** |
| **Caterpillar Financial Services Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 305.5E2CR - repossessed by creditor** | **2019** | **$80,807.00** |
| **Caterpillar Financial Services Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 305.5E2CR - repossessed by creditor** | **2019** | **$77,677.00** |
| **Caterpillar Financial Services Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT CB24B - repossessed by creditor** | **2019** | **$57,904.00** |
| **Caterpillar Financial Services Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 305.5E2CR - repossessed by creditor** | **2019** | **$77,512.34** |
| **Caterpillar Financial Services Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT CB24B - repossessed by creditor** | **2019** | **$57,904.00** |
| **Ford Motor Credit Company**<br>**1 American Rd**<br>**Dearborn, MI 48126** | **2018 Ford F450 - repossessed by creditor** | **2019** | **$53,805.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Corporation**<br>**Attention : Bankruptcy - Automatic**<br>**Stay**<br>**P.O. Box 689007**<br>**Franklin, TN 37068-9007** | **2018 Ford F150 - repossessed by creditor** | **2019** | **$45,850.00** |
| **Ford Motor Credit Company**<br>**1 American Rd**<br>**Dearborn, MI 48126** | **2018 Ford F750 - repossessed by creditor** | **2019** | **$90,284.00** |
| **Ford Motor Credit Company**<br>**1 American Rd**<br>**Dearborn, MI 48126** | **2018 Ford F150 - repossessed by creditor** | **2019** | **$45,850.00** |
| **Ford Motor Credit Company**<br>**1 American Rd**<br>**Dearborn, MI 48126** | **2018 Ford F150 - repossessed by creditor** | **2019** | **$55,483.49** |
| **Caterpillar Financial Services**<br>**Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 305.5E2CR - repossessed by creditor** | **2019** | **$78,580.00** |
| **BMO Harris Bank N.A.**<br>**BMO Transportation Finance**<br>**300 E John Carpenter Fwy #504**<br>**Irving, TX 75062** | **Various equipment and tools - repossessed by creditor** | **2019** | **$35,000.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Caterpillar vs. Meeks et. al.**<br>**19-CV-001510** | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **BMO Harris Bank vs. Meeks et. al.**<br>**19-CV-001418** | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 84 of 94

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Welcher vs. Meeks et. al.** 34-2019-00265368 | **Breach of Contract & Collections** | **Sacramento County Superior Court 721 9th Street Sacramento, CA 95814** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Fidelity vs. NPC et. al.** MSC-19-01119 | **Breach of Contract & Collections** | **Contra Costa County Superior Court 725 Court Street Martinez, CA 94553** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **R&S Eredion of Vallejo, Inc. vs. NPC et. al.** 19-SC-000220 | **Small claims collection action** | **Napa County Superior Court 825 Brown Street Napa, CA 94559** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. **Taylor Heavy Haul vs. NPC et. al.** 19-SC-000258 | **Breach of Contract & Collections** | **Napa County Small Claims Court 1111 Third Street Napa, CA 94559** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. **California Bank of Commerce vs. NPC et. al.** MSC-19-01604 | **Breach of Contract & Collections** | **Contra Costa County Superior Court 725 Court Street Martinez, CA 94553** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.8. **Balboa Capital vs. vs. NPC et. al.** 30-2019-01094141 | **Breach of Contract & Collections** | **Orange County Superior Court 700 Civic Center Dnve West Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.9. **Briggs vs. NPC et. al.** 19-CV-001673 | **Wage claims and labor code violations** | **Napa County Superior Court 825 Brown Street 1195 Third Street Suite 310 Napa, CA 94559** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.10. **Bruce Tucker Construction vs. NPC et. al.** 17-CV-000421 | **Breach of Contract & Collections** | **Napa County Superior Court 825 Brown Street Napa, CA 94559** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.11. **Bruce Tucker Construction vs. NPC et. al.** 18-CV-000317 | **Breach of Contract & Collections** | **Napa County Superior Court 825 Brown Street Napa, CA 94559** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.12. **Calistoga vs. NPC et. al.** 19-CV-001269 | **Breach of Contract & Collections** | **Napa County Superior Court 825 Brown Street Napa, CA 94559** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.13. **Pavement Recycling Systems vs. NPC et. al.** CIV-1902154 | **Breach of Contract & Collections** | **Marin County Superior Court 3501 Civic Center Drive San Rafael, CA 94913-4988** | ■ Pending ☐ On appeal ☐ Concluded |

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 85 of 94

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.14. **Double M Trucking vs. NPC et. al.**<br>**CV-19-1299** | **Breach of Contract & Collections** | **Yolo County Superior Court**<br>**1000 Main Street**<br>**Civil Division**<br>**Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Gene Amato Masonry vs. NPC et. al.**<br>**CIV-19-02807** | **Breach of Contract & Collections** | **Marin County Superior Court**<br>**3501 Civic Center Drive**<br>**San Rafael, CA 94913-4988** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **J.A. Gonsalves vs. NPC et. al.**<br>**SCV-264849** | **Breach of Contract & Collections** | **Sonoma County Superior Court**<br>**600 Administration Drive**<br>**Room 107-J**<br>**Santa Rosa, CA 95403-2817** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. **Holt of California vs. NPC et. al.**<br>**CVCV-2019-2507** | **Breach of Contract & Collections** | **Yolo County Superior Court**<br>**1000 Main Street**<br>**Civil Division**<br>**Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **M&M Services vs. NPC et. al.**<br>**MCV-250458** | **Breach of Contract & Collections** | **Sonoma County Superior Court**<br>**600 Administration Drive**<br>**Room 107-J**<br>**Santa Rosa, CA 95403-2817** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **Northern California Collection Service vs. NPC et. al.**<br>**19-CV-001454** | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. **Norcal Rental Group vs. NPC et. al.**<br>**19-CV-001325** | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. **Pace Supply Group vs. NPC et. al.**<br>**SCV -264605** | **Breach of Contract & Collections** | **Sonoma County Superior Court**<br>**600 Administration Drive**<br>**Room 107-J**<br>**Santa Rosa, CA 95403-2817** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. **Pacific Highway Rentals LLC vs. NPC et. al.**<br>**20-CV-000018** | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. **City of Rio Vista vs. NPC et. al.**<br>**40-66620137** | **Civil Wage and Penalty Assessment for Labor Code violations** | **State of California Labor Commissioner**<br>**2031 Howe Avenue, Suite 100**<br>**Sacramento, CA 95826** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. **Syar Industries vs. NPC et. al.**<br>**CIV-1903051** | **Breach of Contract & Collections** | **Marin County Superior Court**<br>**3501 Civic Center Drive**<br>**San Rafael, CA 94903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.25. **Syar Industries vs. NPC et. al. FCM-167272** | **Breach of Contract & Collections** | **Solano County Superior Court 580 Texas Street Fairfield, CA 94533** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. **Syar Industries vs. NPC et. al. G-191665** | **Breach of Contract & Collections** | **Yolo County Superior Court 1000 Main Street Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. **Syar Industries vs. NPC et. al. 19-CV-001189** | **Breach of Contract & Collections** | **Napa County Superior Court 825 Brown Street Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. **Toby's Trucking, Inc., vs. NPC et. al. CIV-19-04624** | **Breach of Contract & Collections** | **Marin County Superior Court 3501 Civic Center Drive San Rafael, CA 94903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. **Viking Construction vs. NPC et. al. CV-19-1332** | **Breach of Contract & Collections** | **Yolo County Superior Court 1000 Main Street Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. **Similie Construction Service Inc. vs. Velocity Prime Automotive Inc. CIV-170945** | **Collections action and property damage** | **Marin County Superior Court 3501 Civic Center Drive San Rafael, CA 94903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Offices of Thomas P. Kelly III P.O. Box 1405 Santa Rosa, CA 95402-1405** | **Attorneys fees for preparation of case and petition.** | **January 13, 2020** | **$7,500.00** |
| Email or website address **tomkelly@sonic.net** | | | |
| Who made the payment, if not debtor? | | | |
| 11.2. **Law Offices of Thomas P. Kelly III P.O. Box 1405 Santa Rosa, CA 95402-1405** | **Flat fee for representation of Debtor in all APs, claims disputes, and other matters arising in the bankruptcy case.** | **February 24, 2020** | **$15,000.00** |
| Email or website address **tomkelly@sonic.net** | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Case: 20-10133   Doc# 1   Filed: 02/26/20   Entered: 02/26/20 22:35:30   Page 88 of 94

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **California Bank of Commerce** **Attention : Bankruptcy** **3595 Mount Diablo Boulevard** **Suite 220** **Lafayette, CA 94549** | **XXXX-0770** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 2019** | **$0.00** |
| 18.2. | **California Bank of Commerce** **Attention : Bankruptcy** **3595 Mount Diablo Boulevard** **Suite 220** **Lafayette, CA 94549** | **XXXX-0778** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **October 2019** | **$0.00** |
| 18.3. | **California Bank of Commerce** **Attention : Bankruptcy** **3595 Mount Diablo Boulevard** **Suite 220** **Lafayette, CA 94549** | **XXXX-8815** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **December 2019** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
   | --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

   | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
   | --- | --- | --- | --- |

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

   | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
   | --- | --- | --- | --- |

23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
   | --- | --- | --- | --- |

24.  Has the debtor notified any governmental unit of any release of hazardous material?

   ■ No.
   ☐ Yes. Provide details below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Bryan Koeberer**<br>P.O. Box 1795<br>Sonoma, CA 95476 | **2018-2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bradley Koeberer** | **P.O. Box 1795**<br>**Sonoma, CA 95476** | **President & CEO** | **33% (25,000 shares)** |

Case: 20-10133    Doc# 1    Filed: 02/26/20    Entered: 02/26/20 22:35:30    Page 91 of 94

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nancy Koeberer | P.O. Box 1795 Sonoma, CA 95476 | Secretary | 33% (25,000 shares) |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bryan Koeberer | P.O. Box 1795 Sonoma, CA 95476 | Chief Financial Officer | 33% (25,000 shares) |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| William Anderson | Attention : Bankruptcy 17233 Hillside Avenue Sonoma, CA 95476 | Vice President - 50% interest was bought out in March 2018 for $1.2M | 2006-2017 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Nancy Koeberer P.O. Box 1795 Sonoma, CA 95476 | $230,883 | 2017 | Shareholder distribution |
| | Relationship to debtor Officer | | | |
| 30.2. | William Anderson c/o Rodney N Vosguanian 28030 Dorothy Drive, Suite 304 Agoura Hills, CA 91301 | $227,578 | 2017 | Shareholder distribution and payments related to buyout of former shareholder. See SOFA #29. |
| | Relationship to debtor Former officer | | | |
| 30.3. | Nancy Koeberer P.O. Box 1795 Sonoma, CA 95476 | $137,851 | 2016 | Shareholder distribution |
| | Relationship to debtor Officer | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **William Anderson Attention : Bankruptcy 17233 Hillside Avenue Sonoma, CA 95476** | **$194,321.00** | **2016** | **Shareholder distribution and payments related to buyout of former shareholder. See SOFA #29.** |
| | Relationship to debtor **Former officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:　Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　　**February 23, 2020**

**/s/ Bradley Koeberer**　　　　　　　　　　　　**Bradley Koeberer**
Signature of individual signing on behalf of the debtor　　Printed name

Position or relationship to debtor　　**President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case: 20-10133　Doc# 1　Filed: 02/26/20　Entered: 02/26/20 22:35:30　Page 93 of 94

# United States Bankruptcy Court
## Northern District of California

In re __Northern Pacific Corporation__

Debtor(s)

Case No. _____

Chapter __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Northern Pacific Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bradley Koeberer**
**P.O. Box 1795**
**Sonoma, CA 95476**

**Bryan Koeberer**
**P.O. Box 1795**
**Sonoma, CA 95476**

**Nancy Koeberer**
**P.O. Box 1795**
**Sonoma, CA 95476**

☐ None [*Check if applicable*]

__February 23, 2020__

Date

/s/ Thomas P. Kelly III

**Thomas P. Kelly III 230699**

Signature of Attorney or Litigant

Counsel for __Northern Pacific Corporation__

**Law Offices of Thomas P. Kelly III**
**P.O. Box 1405**
**Santa Rosa, CA 95402-1405**
**707-545-8700 Fax:707-542-3371**
**tomkelly@sonic.net**